[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-11240
_____

D.C. Docket No. 1:14-cv-00322-WS-C

ALEIDA JOHNSON,
f.k.a. Aleida Hill, individually and on behalf of all similarly situated individuals,

Plaintiff-Appellant,

versus

MIDLAND FUNDING, LLC,

Defendant-Appellee.

_____

No. 15-14116
_____

D.C. Docket No. 1:14-cv-00324-WS-M

JUDY N. BROCK,
individually and on behalf of a class of others similarly situated,
DONALD CUNNINGHAM,

Plaintiffs-Appellants,

versus

RESURGENT CAPITAL SERVICES, L.P.,
LVNV FUNDING, LLC,

Defendants-Appellees.

_____

Appeals from the United States District Court
for the Southern District of Alabama
_____

(June 27, 2017)

Before WILSON, MARTIN and HIGGINBOTHAM,[*] Circuit Judges.

MARTIN, Circuit Judge:

Our opinion, issued in this matter on May 24, 2016, has now been reversed by the United States Supreme Court.  Our opinion is therefore VACATED, and this action is remanded to the District Court for reinstatement of the judgment in favor of Midland Funding, LLC, Resurgent Capital Services, L.P., and LVNV Funding, LLC, in accordance with the ruling of the Supreme Court.

_____

[*]Honorable Patrick E. Higginbotham, United States Circuit Judge for the Fifth Circuit, sitting by designation.